**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FLORIDA POOL PRODUCTS, INC.,**

    **Plaintiff,**

v.                                                    **Case No. 8:06-cv-883-T-30MSS**

**SLB TOYS USA, INC.,**

    **Defendant.**
_____/

### ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #3). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 14, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-883.dismissal 3.wpd